AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| JAIMARIA BODOR INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED <br> *Plaintiff(s)* <br> v. <br> MAXIMUS FEDERAL SERVICES, INC. <br> *Defendant(s)* | Civil Action No.   19-5787 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MAXIMUS FEDERAL SERVICES, INC.
c/o Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219-4100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CARY L. FLITTER
FLITTER MILZ, P.C.
450 N. NARBERTH AVE
SUITE 101
NARBERTH, PA 19072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   12/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-5787

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MAXIMUS FEDERAL SERVICES, INC. c/o Corporation Service Company was received by me on *(date)* Feb 6, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist , who is designated by law to accept service of process on behalf of *(name of organization)* MAXIMUS FEDERAL SERVICES, INC. c/o Corporation Service Company on *(date)* Wed, Feb 12 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: February 12, 2020

*Jody Ashworth* (signature)
*Server's signature*

Jody Ashworth, Process Server
*Printed name and title*

1800 Diagonal Rd Suite 600 Alexandria, VA 22314
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 12, 2020, 11:35 am EST at 100 SHOCKOE SLIP FL 2 , RICHMOND, VA 23219-4100 received by Rene Nordquist . Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 185; Height: 5'9"; Hair: Blond; Eyes: Blue; Relationship: Intake Manager ;
Documents Served: Summons & Class Action Complaint