# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all<br>others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>      Defendant. | Case No. 5:19-cv-05787-EGS |

## PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Kindly enter the appearance of Joanna K. Darcus and the National Consumer Law Center as co-counsel on behalf of Plaintiffs, Jaimaria Bodor and all others similarly situated, in the above-captioned matter.

Dated: February 13, 2020
        \s\ Joanna K. Darcus
        Joanna K. Darcus (Attorney I.D. No. 314412)
        NATIONAL CONSUMER LAW CENTER
        1001 Connecticut Avenue NW, Suite 510
        Washington, DC 20036
        (202) 452-6252 tel
        (202) 296-4062 fax
        jdarcus@nclc.org

        *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance was served on this date to all parties of record as follows:

| <u>Via USPS first-class mail</u> | <u>Via the electronic filing system</u> |
|---|---|
| Maximus Federal Services, Inc.<br>1891 Metro Center Drive<br>Reston, VA 20190<br><br>*Defendant* | Cary L. Flitter<br>Flitter Milz, P.C.<br>450 N. Narberth Avenue<br>Narberth, PA 19072<br><br>*Attorney for Plaintiffs* |

Dated: <u>February 13, 2020</u>　　　　　　　\s\ Joanna K. Darcus
　　　　　　　　　　　　　　　　　　　　　Joanna K. Darcus