# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all others<br>similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>    Defendants. | NO. 5:19-cv-05787-EGS |

## ENTRY OF APPEARANCE

To the Clerk of this Courts and all parties of record:

 Kindly enter the appearance of Andrew M. Milz on behalf of Plaintiffs, Jaimaria Bodor and others similarly situated, in the above-captioned matter.

Date: February 17, 2020

*/s/ Andrew M. Milz*
ANDREW M. MILZ
**FLITTER MILZ, PC**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
T: (610) 822-0782
F: (610) 667-0552
E: *amilz@consumerslaw.com*

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on this date to all parties of record as follows:

<u>Via USPS First-Class Mail</u>
Maximus Feder Services, Inc.
1891 Metro Center Drive
Reston, VA 20190

*Defendant*

<u>Via the electronic filing System</u>
Joanna K. Darcus, Esquire
National Consumer Law Center
1001 Connecticut Avenue NW, Suite 510
Washington, DC 20036

*Attorneys for the Plaintiffs*

Dated: February 17, 2020

/s/*Andrew M. Milz*
Andrew M. Milz