APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MAXIMUS FEDERAL SERVICES, INC. | : | NO. 19-5787 |

## ORDER

AND NOW, this           Day of                  , 20    , it is hereby

ORDERED that the application of <u>STUART T. ROSSMAN</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____STUART T. ROSSMAN____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| CARY L. FLITTER | *[signature]* | OCT 1981 | 35047 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

FLITTER MILZ, P.C., 450 N. NARBERTH AVE., SUITE 1010, NARBERTH PA 19072

610-822-0782

Sworn and subscribed before me this

24 Day of Feb., 2020

*[signature]*
Notary Public

Commonwealth of Pennsylvania - Notary Seal
OMEIKIEA LORENZANO-WEBSTER - Notary Public
Philadelphia County
My Commission Expires Mar 26, 2023
Commission Number 1097859

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 19-5787

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __STUART T. ROSSMAN__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __21258__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| MASSACHUSETTS | 12/21/78 | BBO #430640 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| D. MASS | 1979 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 1st Circuit | 1979 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 9th Circuit | 2004 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

U.S. Claims Court (1984)
U.S. Supreme Court (1984)
6th Cir. Court of Appeals (2000)
2nd Cir. Court of Appeals (2010)
4th Cir. Court of Appeals (2011)
W.D. NY Fed. D. Ct. (2016)

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Jaimaria Bodor

(Applicant's Signature)

2/14/20
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

National Consumer Law Center, 7 Winthrop Square, 4th Fl, Boston, MA 02110

617-542-8010

Sworn and subscribed before me this

14th Day of FEBRUARY 2020

Notary Public



MARIBETH PERRY
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
April 8, 2022

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR, ET AL. : CIVIL ACTION
:
v. :
MAXIMUS FEDERAL SERVICES, INC. :
: NO. 19-5787

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __STUART T. ROSSMAN__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Ryan L. DiClemente, Esquire, Saul Ewing Arnstein & Lehr, LLP

650 College Road East, Suite 400

Princeton, NJ 08540-6603

*[signature]*
Signature of Attorney
**CARY L. FLITTER**
Name of Attorney
**STUART T. ROSSMAN**
Name of Moving Party
Feb 24, 2020
Date