APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bodor | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Maximus Federal Services, Inc. | : | NO.  5:19-cv-05787-EGS |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _Persis S. Yu_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Persis S. Yu____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| CARY L. FLITTER | *[signature]* Cary L Flitter | OCT 1981 | 35047 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

450 N. Narberth Avenue, Suite 101

Narberth, PA 19072

(610) 822-0782

Sworn and subscribed before me this

24 Day of Feb., 2020

*[signature]* O. Lorenzano-Webster
Notary Public

Commonwealth of Pennsylvania - Notary Seal
OMEIKIEA LORENZANO-WEBSTER - Notary Public
Philadelphia County
My Commission Expires Mar 26, 2023
Commission Number 1097859

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:19-cv-05787-EGS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Persis S. Yu__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __21257__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| MA | 11/30/2012 | 685951 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| NY | 02/24/2010 | 4798336 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| WDNY | 04/05/2010 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D.Mass | 04/12/2016 | 685951 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| First Circuit | 06/15/2018 | **1184272** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Plaintiff, Jaimaria Bodor

(Applicant's Signature)

2/20/20
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

National Consumer Law Center

7 Winthrop Square, 4th Floor, Boston, MA 02110

(617) 542/8010

Suffolk ss.
Sworn and subscribed before me this

20 Day of Feb, 20 20        Commonwealth of Massachusetts

Notary Public   My commission expires 12/24/21

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bodor | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Maximus Federal Services, Inc. | : | |
| | : | NO. 5:19-cv-05787-EGS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Persis S. Yu___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Ryan L. DiClemente, Esquire, Saul Ewing Arnstein & Lehr, LLP

650 College Road East, Suite 400

Princeton, NJ 08540-6603

*/s/ Cary L. Flitter*
Signature of Attorney
**CARY L. FLITTER**
Name of Attorney
**PERSIS S. YU**
Name of Moving Party
Feb 24, 2020
Date