IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, ET AL. | : | CIVIL ACTION |
| v. | : | |
| MAXIMUS FEDERAL SERVICES, INC. | : | NO. 19-5787 |

### ORDER

AND NOW, this 24<u>rd</u> Day of February, 2020, it is hereby

ORDERED that the application of <u>STUART T. ROSSMAN</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.



_____ J.