# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bodor | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Maximus Federal Services, Inc. | : | NO. 5:19-cv-05787-EGS |

## ORDER

AND NOW, this 24th Day of February, 2020, it is hereby

ORDERED that the application of Persis S. Yu, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
J.