IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : | NO. 19-cv-5787(EGS) |
| MAXIMUS FEDERAL SERVICES, INC., | : : | |
| Defendant | | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Marisa Rachel De Feo as counsel on behalf of Defendant Maximus Federal Services, Inc.

Dated: February 27, 2020

*/s/ Marisa Rachel De Feo*
Marisa Rachel De Feo (316123)
Saul Ewing Arnstein & Lehr LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
marisa.defeo@saul.com – (215) 972-1976

*Attorney for Defendant, Maximus Federal Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's Electronic Case Filing System:

Dated: February 27, 2020 /s/ *Marisa Rachel De Feo*
Marisa Rachel De Feo

36616339.1 02/27/2020