IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | CIVIL ACTION |
| Plaintiffs v. | NO. 19-cv-5787(EGS) |
| MAXIMUS FEDERAL SERVICES, INC., | |
| Defendant | |

## STIPULATION

It is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff and counsel for Defendant pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.4(b)(2), that the time for said Defendant to answer, plead or otherwise respond to the Complaint is extended until March 10, 2020.

*/s/ Carl L. Flitter (w/permission)*
Cary L. Flitter
Andrew M. Milz
450 N. Narberth Avenue
Suite 101
Narberth, PA 19072
(610) 822-0782

1814 East Rt. 70 Suite 350
Cherry Hill, NJ 08003
856-396-0600
cflitter@consumerslaw.com
www.consumerslaw.com
*Attorney for Plaintiff*

Date: 2/28/20

*/s/ Marisa R. De Feo*
Marisa Rachel De Feo
Saul Ewing Arnstein & Lehr LLP
Centre Square West, 38th Floor
1500 Market Street
Philadelphia, PA 19102
(215) 972-1976
*Attorney for Defendant*

**APPROVED BY:**

**The Honorable Edward J. Smith**

36616466.1 02/27/2020