IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR | : | CIVIL ACTION |
| vs. | : | |
| MAXIMUS FEDERAL SERVICES, INC. | : | NO.: 19-5787 |

**O R D E R**

**AND NOW**, this 28th day of **February, 2020**, in accordance with the court's procedure for random reassignment of cases, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Edward G. Smith, to the calendar of the Honorable John M. Gallagher.

FOR THE COURT:

JAUN R. SÁNCHEZ
**Chief Judge**

ATTEST:

*Kate Barkman*
**KATE BARKMAN**
**Clerk of Court**