APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR | : | CIVIL ACTION |
| v. | : | |
| MAXIMUS FEDERAL SERVICES, INC., | : | NO. 5:19-cv-05787 |

ORDER

AND NOW, this 13 Day of February , 2020 , it is hereby

ORDERED that the application of Brian James Shearer , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:19-cv-05787

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, **Brian James Shearer** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Virginia | 12/04/2013 | #85441 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for **JAIMARIA BODOR**

_____
(Applicant's Signature)

2/24/20
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:
Justice Catalyst Law, 81 Prospect St., Brooklyn, NY 11201
503-313-1770

Sworn and subscribed before me this
24th Day of February, 2002020.

_____
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Brian James Shearer_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| CARY L. FLITTER | *[signature]* | 10/81 | 35047 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Flitter Milz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072

(610) 822-0782

Sworn and subscribed before me this

2nd Day of March, 2020

*[signature]* O. Lorenzano-Webster
Notary Public

Commonwealth of Pennsylvania - Notary Seal
OMEIKIEA LORENZANO-WEBSTER - Notary Public
Philadelphia County
My Commission Expires Mar 26, 2023
Commission Number 1097859

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR : CIVIL ACTION
:
v. :
:
MAXIMUS FEDERAL SERVICES, INC., :
: NO. 5:19-cv-05787

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Brian James Shearer___ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

**Marissa Rachel De Feo, Saul Ewing Arnstein & Lehr, LLP**

**Centre Square West, 1500 Market Street, 38th Floor**

**Philadelphia, PA 19102**

_____
Signature of Attorney
**CARY L. FLITTER**
Name of Attorney
**BRIAN JAMES SHEARER**
Name of Moving Party
**03/02/20**
Date