APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR              :      CIVIL ACTION
                            :
         v.                 :
                            :
MAXIMUS FEDERAL SERVICES,   :
INC.,                       :      NO.  5:19-cv-05787

ORDER

AND NOW, this  13   Day of February  , 2020 , it is hereby

ORDERED that the application of  Brian James Shearer  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.