IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,  :  Plaintiff,  :  :  v.  :  :  MAXIMUS FEDERAL SERVICES, INC.,  :  :  Defendant.  : | Civil No. 5:19-cv-05787-JMG |

**ORDER**

**AND NOW**, this 6th day of March, 2020, the Court having granted Motion of the Plaintiff for Pro Hac Vice (Doc. 13) by Order dated February 13, 2020 and filed on March 4, 2020 (Doc. 15); and it appearing that counsel has not paid the $40.00 fee;

**IT IS HEREBY ORDERED THAT** Order dated February 13, 2020 and filed on March 4, 2020 (Doc. 15) is **VACATED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge