IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAXIMUS FEDERAL SERVICES, INC. | : | NO. 5:19-cv-05787-EGS |

<u>ORDER</u>

AND NOW, this     Day of     , 20   , it is hereby

ORDERED that the application of <u>Ryan L. DiClemente</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                      J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:19-cv-05787-EGS

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Ryan L. DiClemente__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New Jersey | 01/09/2007 | 043352006 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 12/07/2011 | 4976825 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| District Court NJ | 01/09/2007 |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Southern District NY | 01/01/2012 | RD3232 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern Dustrict NY | 10/06/2017 | **RD3232** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for     Maximus Federal Services

(Applicant's Signature)

03/09/2020
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

SAUL EWING ARNSTEIN & LEHR LLP

650 College Road East, Suite 4000, Princeton, New Jersey 08540

(609) 452-5057

Sworn and subscribed before me this

9th Day of March, 2020.

Notary Public

PATRICIA MARKEY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/13/2021

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Ryan L. DiClemente___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Marisa R. De Feo | *Marisa R. DeFeo* | 01/06/2014 | 316123 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Saul Ewing Arnstein & Lehr LLP

Centre Square West, 1500 Market Street, 38th Floor, Phila., PA 19102

215-972-1976

Sworn and subscribed before me this

_4_ Day of _March_, 2002**0**

*Lauren Elizabeth Mueller*
Notary Public

[Notary Seal: LAUREN ELIZABETH MUELLER, MY COMMISSION EXPIRES August 9, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MAXIMUS FEDERAL SERVICES, INC. | : | NO. 5:19-cv-05787-EGS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Ryan L. DiClemente_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All Counsel of Record via Court's CM/ECF System

_Marisa R. De Feo_
Signature of Attorney

Marisa R. De Feo
Name of Attorney

Maximus Federal Services
Name of Moving Party

03/09/2020
Date