# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others<br>similarly situated<br><br>    Plaintiffs,<br><br>  v.<br><br>MAXIMUS FEDERAL SERVICES, INC.<br><br>    Defendant. | Civil No. 5:19-cv-05787-JMG |

_____

## ORDER

**AND NOW**, this 10th day of March, 2020, upon consideration of the joint Stipulation for extension of time to file a responsive pleading, and the Order dated February 28, 2020, reassigning the above-captioned action to the Undersigned, *see* ECF No. 12, **IT IS HEREBY ORDERED THAT:**

**On or before March 13, 2020**, Defendant shall answer, move, or otherwise respond to Plaintiffs' Complaint.

BY THE COURT:

*/s/ John M Gallagher*
JOHN M. GALLAGHER
United States District Court Judge