**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| JAIMARIA BODOR, | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil No. 5:19-cv-05787-JMG |
| | : |
| MAXIMUS FEDERAL SERVICES, | : |
| INC., | : |
| Defendant. | : |

_____

**ORDER**

    **AND NOW**, this 10th  day of March, 2020, **IT IS HEREBY ORDERED THAT** the

application of <u>Brian James Shearer</u>, Esquire, to practice in this court pursuant to Local Rule of

Civil Procedure 83.5.2(b) is

☒    Granted

☐    Denied

                            BY THE COURT:


                            _/s/ John M. Gallagher_____
                            JOHN M. GALLAGHER
                            United States District Court Judge