# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 5:19-cv-05787-JMG |
| | : |
| MAXIMUS FEDERAL SERVICES, INC., | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 10th day of March, 2020, **IT IS HEREBY ORDERED THAT** the application of Benjamin Elga, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ Granted

☐ Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge