IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| JAIMARIA BODOR, | : | |
|        Plaintiff, | : | |
| | : | |
|        v. | : | Civil No. 5:19-cv-05787-JMG |
| | : | |
| MAXIMUS FEDERAL SERVICES, INC., | : | |
| | : | |
|        Defendant. | : | |

_____

**ORDER**

**AND NOW**, this 10th day of March, 2020, **IT IS HEREBY ORDERED THAT** the application of <u>Ryan L. DiClemente</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ Granted

☐ Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge