# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>                Plaintiff(s),<br>    v.<br><br>MAXIMUS FEDERAL SERVICES, INC.<br><br>                Defendant. | Civil Action No.: 5:19-cv-05787-EGS<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Defendant Maximus Federal Services, Inc. ("Defendant") by and through its counsel, Saul Ewing Arnstein & Lehr LLP, hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states the following:

Maximus Federal Services, Inc. is 100% owned by Maximus Inc., which is a publicly traded company on the New York Stock Exchange.

                                          **SAUL EWING ARNSTEIN & LEHR LLP**

                                          */s/ Marisa Rachel De Feo*
                                          Marisa Rachel De Feo, Esq. (316123)
                                          1500 Market Street, 38th Floor
                                          Philadelphia, Pennsylvania 19102
                                          (215) 972-1976
                                          Marisa.DeFeo@saul.com
                                          *Attorneys for Defendant*
                                          *Maximus Federal Services, Inc.*

Dated: March 13, 2020