# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>Defendant. | Civil Action No. 5-19-cv-05787-JMG |

## O R D E R

AND NOW, this 13th day of May, 2020, the Consent Motion of Plaintiff, Jaimaria Bodor (ECF 27), is APPROVED. The Amended Complaint submitted therewith may be filed of record within ten (10) days hereof. Defendant shall file its response to the Amended Complaint within twenty-one (21) days of the docketing of the Amended Complaint.

BY THE COURT:

/s/ John M. Gallagher
U.S.D.J.