**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:19-cv-05787-JMG |
| | : | |
| MAXIMUS FEDERAL SERVICES, INC., | : | |
| Defendant. | : | |

_____

**ORDER**

   **AND NOW**, this 21st day of May, 2020, **IT IS HEREBY ORDERED THAT** the application of, <u>Craig L. Briskin</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒    Granted

☐    Denied

                        BY THE COURT:

                        _/s/ John M. Gallagher_____
                        JOHN M. GALLAGHER
                        United States District Court Judge