IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others<br>similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:19-cv-05787-JMG |

---

# ORDER

**AND NOW**, this 29th day of May, 2020, upon consideration of the joint stipulation dated May 28, 2020, for extension of time to file a response to the Amended Complaint, **IT IS HEREBY ORDERED THAT:**

The stipulation is **DENIED** as **MOOT**. As provided in the consent motion this Court approved on May 13, 2020, Defendant has twenty-one (21) days from the date the Amended Complaint was docketed, May 14, 2020 (ECF No. 29) to answer, move, or otherwise respond to Plaintiffs' Amended Complaint. *See* ECF No. 28. Thus, Defendant shall respond to the Amended Complaint on or before June 4, 2020.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge