IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated | : : : : |
| Plaintiffs, | : : |
| v. | : Civil No. 5:19-cv-05787-JMG |
| MAXIMUS FEDERAL SERVICES, INC. | : : |
| Defendant. | : : |

_____

**ORDER EXTENDING DISCOVERY DEADLINES**

**AND NOW**, this 23rd day of July, 2020, upon consideration of the joint motion to extend discovery deadline and dispositive motion deadline, ECF No. 34, and of the previous scheduling order, ECF No. 26, **IT IS HEREBY ORDERED THAT** the April 10, 2020 Scheduling Order (ECF No. 26) is **AMENDED** as follows:

1. Phase I, Part A Discovery is due **on or before September 8, 2020**.

2. Motions for summary judgment on the named Plaintiff's claims, if any, shall be filed by **September 22, 2020**. Responses shall be filed in accord with the Local Rules and this Court's Policies no later than **October 6, 2020**.

All other deadlines remain in effect.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge