IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR : Civil Action
 :
 v. :
 :
MAXIMUS FEDERAL : No.: 5:19-cv-05787
SERVICES, INC.

ORDER

AND NOW, this       day of            20   , it is hereby

ORDERED that the application of Alice Buttrick _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

DocuSign Envelope ID: 50ABB0F0-5F7E-4F5A-B55B-DB2C9EFF2832

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# **5:19-cv-05787**

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Alice Buttrick** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/2016 | 5444120 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| **S.D.N.Y.** | **11/27/2018** | **5444120** |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and I will support and defend the Constitution of the United States.

I am entering my appearance for

*Alice Buttrick*
AD5843F6196F449...
(Applicant's Signature)

**07/28/2020**
(Date)

Name of Applicant's Firm: Justice Catalyst Law
Address: 81 Prospect St., Brooklyn, NY 11201
Telephone Number: (518) 732-6703
Email Address: abuttrick@justicecatalyst.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/28/2020**
(Date)

DocuSigned by:
*Alice Buttrick*
AD5843F6196F449...
(Applicant's Signature)

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Alice Buttrick to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| CARY L. FLITTER | *[signature]* | 10/81 | 35047 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Flitter Milz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072 (610) 822-0782

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/31/20
(Date)

*[signature]*
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR : Civil Action
:
v. :
:
MAXIMUS FEDERAL SERV : No.: 5:19-cv-05787

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Alice Buttrick**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows: VIA ECF NOTICE

Ryan L. DiClemente, Esquire,
Saul Ewing Arnstein & Lehr, LLP
650 College Road East
Suite 400
Princeton, NJ 08540-6603

_____
(Signature of Attorney)
CARY L. FLITTER
(Name of Attorney)
Plaintiff
(Name of Moving Party)
7/31/20
(Date)