IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JAIMARIA BODOR,  
Individually and on behalf of all others similarly situated,  
        Plaintiffs,

v.                       Civil No. 5:19-cv-05787-JMG

MAXIMUS FEDERAL SERVICES, INC.  
        Defendant.

---

**ORDER**

**AND NOW**, this 3rd day of August, 2020, **IT IS HEREBY ORDERED THAT** the application of, Alice Buttrick, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒    Granted

☐    Denied

                                    BY THE COURT:

                                    */s/ John M. Gallagher*  
                                    JOHN M. GALLAGHER  
                                    United States District Court Judge