OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
504 HAMILTON STREET
ALLENTOWN, PA 18101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

$0.50
US POSTAGE
FIRST-CLASS
FROM 18101
MAR 06 2020
stamps endicia

BRIAN JAMES SHEARER
JUSTICE CATALYST LAW
BROOKLYN NY 11201

X-RAY

NIXIE        100    FE  1040        0003/26/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 18101151899        *2119-01003-09-41