IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | No. 5:19-cv-5787(JMG) |
| MAXIMUS FEDERAL SERVICES, INC., | : : | |
| Defendant. | : | |

## SIPULATION ON JOINT MOTION TO EXTEND DISCOVERY, DISPOSITIVE MOTION, and CLASS CERTIFICATION DEADLINES

Pursuant to Your Honor's Policies and Procedures, Defendant and Plaintiff, by and through their undersigned counsel, stipulate and move as follows:

1. This Court's April 10, 2020 Scheduling Order (ECF No. 26) provides that discovery on the named Plaintiff's individual claims and those of the Class should proceed in two stages as part of Phase I of the discovery in this matter. Pursuant to that Scheduling Order, Phase I discovery is to be completed in full by October 27, 2020, and any motions for Class certification are due on the same date.

2. Pursuant to the Court's July 24, 2020 Order Extending Discovery Deadlines (ECF No. 35), Phase I, Part A Discovery, which concerns the liability for the named Plaintiff's individual claims, is now due on or before September 8, 2020. Motions for summary judgment on the named Plaintiff's claims, if any, are due by September 22, 2020.

3. The Parties have been working collaboratively to resolve their disputes and complete Phase I, Part A production. Specifically, the Parties agreed to a search of potentially relevant electronically stored information ("ESI") by using agreed-upon search terms and

1

custodians for Maximus Federal. Those search terms have yielded more than 28,000 potentially responsive documents, which is considerably larger than either Party anticipated. Maximus Federal is in the process of reviewing the results and the Parties will work together to potentially streamline the production of the potentially responsive documents. Given these issues, Maximus Federal anticipates that it will not be able to begin rolling production of ESI before September 8, the current deadline for Phase I, Part A discovery. The Parties now expect that reviewing this material and identifying any deficiencies prior to filing any summary judgment motions on the named Plaintiff's claims will also require more time than the current schedule permits.

4. The Parties stipulate and agree to extend the deadline for Phase I, Part A Discovery to October 8, 2020.

5. The Parties stipulate and agree to extend the deadline for motions for summary judgment on the named Plaintiff's claims to November 8, 2020, with any oppositions to be due on November 23, 2020.

6. This is the second request for an extension to the Phase I, Part A and dispositive motion deadlines.

7. In addition, to preserve the overarching discovery sequence originally ordered by the Court, the Parties stipulate and agree to extend the deadline for the remaining Phase I discovery deadlines and associated motions by thirty days. The Parties further agree to an additional fourteen-day extension between the end of Phase I, Part B discovery and the deadline for the Class certification motion to permit adequate time to incorporate any evidence received at the end of Phase I, Part B into the Class certification motion, as well as a seven-day extension for the deadline to oppose the Class certification motion because the adjusted schedule runs into the holiday season.

8.  The Parties stipulate and agree to extend the deadline to produce the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) necessary to meet their burden of proof by expert report or answer to expert interrogatories on Phase I issues to October 22, 2020. The Parties further agree that each Party will identify any affirmative expert they have retained and intend to use by October 12, 2020.

9.  The Parties stipulate and agree to extend the deadline to produce rebuttal expert evidence and reports to November 9, 2020.

10. The Parties stipulate and agree to extend the deadline to complete Phase I expert depositions to November 30, 2020.

11. The Parties stipulate and agree to extend the Phase I, Part B discovery deadline to November 30, 2020.

12. The Parties stipulate and agreed to extend the deadline to file Class certification motions to December 14, 2020, with any oppositions due on January 4, 2021.

13. This is the first request for an extension of the expert, Phase I, Part B, and Class certification deadlines in this matter.

14. This extension does not impact any other motion deadlines or trial dates in this matter.

Date:  August 28, 2020

/s/ Cary L. Flitter
Cary L. Flitter
Andrew M. Milz
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782 tel.
(610) 667-0552 fax
cflitter@consumerslaw.com
amilz@consumerslaw.com
*Attorneys for Plaintiff*

3

   */s/ Marisa Rachel De Feo*
Marisa Rachel De Feo
Ryan L. DiClemente
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(Tel) 215-972-1976
Marisa.DeFeo@saul.com
Ryan.DiClemente@saul.com

*Attorneys for Defendant*


**APPROVED BY:**


 /s/ John M. Gallagher          on 09/08/2020
**JOHN M. GALLAGHER, U.S.D.J.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I caused the foregoing document to be served upon all counsel of record via the Court's Electronic Case Filing system.

Date:  8/28/20                                             */s/ Cary L. Flitter*  
                                                                                 CARY L. FLITTER