IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAIMARIA BODOR, : | |
| Individually and on behalf of all others : | |
| similarly situated, : | |
|         Plaintiffs, : | |
| : | |
|         v. : | Civil No. 5:19-cv-05787-JMG |
| : | |
| MAXIMUS FEDERAL SERVICES, INC. : | |
|         Defendant. : | |

_____

**NOTICE OF STATUS CONFERENCE**

**AND NOW**, this 22nd day of September, 2020, upon consideration of Plaintiff's Motion to Compel Production (see ECF no. 43), **IT IS HEREBY ORDERED THAT:**

Lead counsel shall call via telephone for a Discovery Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on **Wednesday, September 23, 2020 at 11:00 AM,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101.[1]

                                                                                                For the Court,

                                                                                      */s/ Brian R. Dixon*
                                                                                      Brian R. Dixon
                                                                                      Deputy Clerk for Judge John M. Gallagher

---

[1] In the event that Coronavirus precautions remain in effect, plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) no less than one (1) day before the scheduled conference date.