IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAIMARIA BODOR,
individually and on behalf of all others
similarly situated,

     Plaintiffs,

vs.

MAXIMUS FEDERAL SERVICES, INC.,

     Defendants.

NO. 5:19-cv-05787-EGS

## ENTRY OF APPEARANCE

To the Clerk of this Courts and all parties of record:

 Kindly enter the appearance of Jody T. López-Jacobs on behalf of Plaintiffs, Jaimaria Bodor and others similarly situated, in the above-captioned matter.

Date: September 30, 2020

*/s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, PC**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
T: (610) 668-0011
F: (610) 667-0552
E: *jlopez-jacobs@consumerslaw.com*

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I caused the foregoing Entry of Appearance to be served upon all counsel of record via the Court's Electronic Case Filing system.

Date: 9/30/2020

*/s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS