IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>Defendant. | Civil Action No. 5-19-cv-05787-JMG |

### ORDER REGARDING PENDING DISCOVERY DISPUTES AND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

AND NOW, this 16th day of November, 2020, Plaintiff Jaimaria Bodor having filed a motion to compel discovery [ECF No. 43], the Court convened a status conference by telephone on September 23, 2020, at which time counsel for both parties were heard; after the parties jointly submitted a letter raising additional discovery disputes, the Court convened a second status conference on October 28, 2020, at which time counsel for both parties were heard; and the parties having conferred and agreed as to the form of this Order, the Court orders as follows:

1. Plaintiff's motion to compel [ECF No. 43] will remain pending; however, Maximus need not file any response to Plaintiff's motion at this time.

2. Within 30 days of this Order, Plaintiff shall advise the Court of the status of the production, and whether further action is needed on Plaintiff's pending motion to compel or on the discovery issues raised in the parties' joint letter.

3. The current deadlines for Phase I.A, Phase I.B, and class certification set out in the parties' Stipulation on Joint Motion to Extend Discovery, Dispositive Motion, and Class

Certification Deadlines, which was approved by the Court on September 8, 2020 [ECF No. 42] shall be changed as follows:

a. The deadline for Phase I.A discovery shall be extended from October 8, 2020 to December 7, 2020.

b. The deadline for motions for summary judgment on the named Plaintiff's claims shall be extended from November 8, 2020 to January 8, 2021, with any oppositions to be due on January 29, 2021.

c. The deadlines for the close of Phase I.B discovery, expert disclosures, and class certification motions set out in the September 8, 2020 Stipulation shall be suspended until the deadline for Phase I.A discovery. On or around that date, the parties shall submit a proposed order setting forth an appropriate schedule for those deadlines.

By the Court:

*/s/ John M. Gallagher*
U.S.D.J.