IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others<br>similarly situated,<br>              Plaintiff,<br><br>              v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>              Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil No. 5:19-cv-05787-JMG<br>:<br>:<br>: |

_____

## NOTICE OF STATUS CONFERENCE

**TAKE NOTICE,** that a **Telephone Status Conference,** in the above case has been set as follows:

Lead counsel shall call via telephone for a Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on **Thursday, January 14, 2021 at 10:30 AM,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101.[1]

                                              For the Court,

                                              */s/ Brian R. Dixon*
                                              Brian R. Dixon
                                              Deputy Clerk for Judge John M. Gallagher

Date of Notice: November 25, 2020

---

[1] In the event that Coronavirus precautions remain in effect, plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) no less than seven (7) days before the scheduled conference date.