## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others<br>similarly situated,<br>          Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>          Defendant. | Civil No. 5:19-cv-05787-JMG |

_____

## **ORDER**

**AND NOW,** this 7th day of January, 2021, upon consideration of the parties' letter to chambers dated January 6, 2021, it is hereby **ORDERED** that Defendant Maximus Federal's motion to stay class discovery shall be filed no later than **January 15, 2021**. Plaintiff Jaimaria Bodor's response must be filed no later than **January 22, 2021**. The motion and response shall be in the form of letter briefs of not more than five pages in length.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge