**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAIMARIA BODOR,
individually and on behalf of all
others similarly situated,

                    Plaintiff(s),

      v.

MAXIMUS FEDERAL SERVICES, INC.

                  Defendant.

Civil Action No.: 5:19-cv-05787-JMG

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

      Please take notice that Joanna K. Darcus respectfully withdraws her appearance as counsel for Plaintiff Jaimaria Bodor and all others similarly situated.

Dated: <u>January 25, 2021</u>            By:  <u>*/s/ Joanna K. Darcus*   </u>

                                    Joanna K. Darcus
                                    National Consumer Law Center
                                    1001 Connecticut Avenue NW, Suite 510
                                    Washington, DC 20036
                                    (202) 452-6252 tel.
                                    (202) 296-4062 fax
                                    <u>jdarcus@nclc.org</u>

                                    *Counsel for Plaintiffs*

## <u>**CERTIFICATE OF SERVICE**</u>

I, Joanna K. Darcus, hereby certify that, on January 25, 2021, I caused the foregoing document to be served upon all counsel by e-mail through the ECF system.

 /s/ *Joanna K. Darcus*      

Joanna K. Darcus
