IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>Defendant. | Civil Action No. 5-19-cv-05787-JMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK: Kindly withdraw my appearance (only) as counsel for Plaintiff Jaimaira Bodor. The appearances of the other Plaintiff's counsel are unaffected.

Respectfully submitted,

*/s/ Brian Shearer*
Brian Shearer
Justice Catalyst Law, Inc.
81 Prospect Street
Brooklyn, NY 11201
(518) 732-6703 tel.
brianshearer@justicecatalyst.org

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I caused the foregoing document to be served upon all counsel of record via first class mail.

Date: 1/26/2021

/s/ *Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
Attorney for Plaintiff

2



**FLITTER MILZ, P.C.**
CONSUMERSLAW.COM

ATTORNEYS AT LAW
450 N. NARBERTH AVENUE, SUITE 101
NARBERTH, PENNSYLVANIA 19072

TO:
Clerk of Courts
Room 2609
601 Market Street
Philadelphia, PA 19106



B92823.12
$1.20
US POSTAGE
FIRST-CLASS
062S0008232305
FROM 19072