IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : : | NO. 19-cv-5787(JMG) |
| MAXIMUS FEDERAL SERVICES, INC., | : : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 28th day of January, 2021, upon consideration of Defendant Maximus Federal Services, Inc. Motion for Leave to File Document Under Seal, Defendant's Motion is GRANTED.

BY:

/s/ John M. Gallagher
The Honorable John M. Gallagher