IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

JAIMARIA BODOR, :
Individually and on behalf of all others :
similarly situated, :
        Plaintiff, :
         :
        v. : Civil No. 5:19-cv-05787-JMG
         :
MAXIMUS FEDERAL SERVICES, INC., :
        Defendant. :

_____

## **ORDER**

**AND NOW,** this 5th day of February, 2021, upon consideration of Plaintiff Jaimaria Bodor's Motion to Compel Production (ECF No. 43), it is hereby **ORDERED** that the motion (ECF No. 43) is **DENIED as moot**.

                                      BY THE COURT:

                                      */s/ John M. Gallagher*
                                      JOHN M. GALLAGHER
                                      United States District Court Judge