IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 5:19-cv-05787 (JMG) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE
TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

　　Plaintiff opposes Defendant's Motion for Leave to File a Reply in Support of its Motion for Summary Judgment (ECF 70). Defendant's proposed brief appended to its motion only underscores the material factual disputes between the parties, which preclude a grant of summary judgment.

　　If, however, the Court is inclined to grant Defendant's motion, Plaintiff respectfully requests leave to submit a surreply within seven (7) days of the Court's grant of Defendant's motion, which would afford Plaintiff the opportunity to address the factual errors introduced in Defendant's proposed reply, as well as errors introduced in Defendant's March 3rd response to Plaintiff's Statement of Facts.

Date: 3/4/2021　　　　　　　　　　　　　　　/s/ Jody T. López-Jacobs
　　　　　　　　　　　　　　　　　　　　　　　JODY T. LÓPEZ-JACOBS
　　　　　　　　　　　　　　　　　　　　　　　**FLITTER MILZ, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　　　　(P) (610) 668-0011
　　　　　　　　　　　　　　　　　　　　　　　(F) (610) 667-0552
　　　　　　　　　　　　　　　　　　　　　　　Email: jlopez-jacobs@consumerslaw.com
　　　　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>        Defendant. | CIVIL ACTION<br><br>NO. 5:19-cv-05787 (JMG) |

### CERTIFICATE OF SERVICE

  I, Jody T. Lopez-Jacobs, do hereby certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date: 3/4/2021

                */s/ Jody T. López-Jacobs*
                JODY T. LÓPEZ-JACOBS
                **FLITTER MILZ, P.C.**
                450 N. Narberth Avenue, Suite 101
                Narberth, PA 19072
                (P) (610) 668-0011
                (F) (610) 667-0552
                Email: jlopez-jacobs@consumerslaw.com
                **Attorney for Plaintiff**