IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | NO. 19-cv-5787(JMG) |
| MAXIMUS FEDERAL SERVICES, INC., | : : : | |
| Defendant | : | |

## STIPULATION

It is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff and counsel for Defendant pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.4(b)(2), that the time for said Defendant to file an Answer in Opposition to Plaintiff's Motion to Unseal Summary Judgment Record is extended until March 12, 2021.

| | |
|---|---|
| */s/ Jody Thomas Lopez-Jacobs (w/ permission)* | */s/ Marisa R. De Feo* |
| Jody Thomas López-Jacobs | Marisa Rachel De Feo |
| Flitter Milz, P.C. | Saul Ewing Arnstein & Lehr LLP |
| 450 N. Narberth Avenue | Centre Square West, 38th Floor |
| Suite 101 | 1500 Market Street |
| Narberth, PA  19072 | Philadelphia, PA  19102 |
| (610) 668-0011 | (215) 972-1976 |
| jlopez-jacobs@consumerslaw.com | *Attorney for Defendant* |
| www.consumerslaw.com | |
| *Attorney for Plaintiff* | |

APPROVED BY:

_____
U.S.D.J., John M. Gallagher