IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>MAXIMUS FEDERAL SERVICES, INC.,<br>Defendant. | CIVIL ACTION<br><br>NO. 5:19-cv-05787 (JMG) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT effective immediately, the office of Justice Catalyst Law has changed its address from 81 Prospect Street, 7th Floor, Brooklyn NY 11201 to:

JUSTICE CATALYST LAW

**123 William Street, 16th Floor**

**New York, NY 10038**

Please take further notice that our firm's telephone number and email addresses remain the same.

May 7, 2021

Respectfully submitted,

JUSTICE CATALYST LAW

*/s/ Craig L. Briskin*
  Craig L. Briskin

Attorney for the Plaintiff and the Class