## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, | : | |
| Individually and on behalf of all others | : | |
| similarly situated, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:19-cv-05787-JMG |
| | : | |
| MAXIMUS FEDERAL SERVICES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of May, 2021, it is hereby **ORDERED** that the status conference with counsel scheduled for May 20, 2021, at 10:00 a.m. is **RESCHEDULED** for **July 22, 2021,** at 10:00 a.m. Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than July 12, 2021. Discovery in this case will remain stayed until July 22, 2021.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge