IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others similarly situated,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>　　　　Defendant. | Civil No. 5:19-cv-05787-JMG |

## ORDER

**AND NOW**, this 22nd day of July, 2021, following a pretrial status conference with counsel, it is hereby **ORDERED** that discovery in this case will remain stayed until October 7, 2021.

It is **FURTHER ORDERED** that a status conference with counsel is scheduled for **October 7, 2021, at 11:00 a.m**. Plaintiff's counsel shall provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than September 27, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge