IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br>　vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br><br><br>NO.  5:19-cv-05787 (JMG) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK: Kindly withdraw my appearance (only) as counsel for Plaintiff Jaimaira Bodor. Justice Catalyst Law and other co-counsel continue to represent Plaintiff.

September 20, 2021

Respectfully submitted,

/s/  Craig L. Briskin
Craig L. Briskin
JUSTICE CATALYST LAW, INC.
123 William Street, 16th Floor
New York, NY 10038
(518) 732-6703
cbriskin@justicecatalyst.org

*Counsel for Plaintiff*