IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.<br><br>Defendant. | Civil No. 5:19-cv-05787-JMG |

**ORDER**

**AND NOW,** this 22nd day of October, 2021, upon consideration of Defendant Maximus Federal Services, Inc.'s Motion for Summary Judgment (ECF No. 64), Plaintiff Jaimaria Bodor's Opposition to Defendant's Motion for Summary Judgment (ECF No. 69-2), Defendant's Reply Brief in Support of its Motion for Summary Judgment (ECF No.70), Plaintiff's Sur-Reply Brief in Support of her Opposition to Defendant's Motion for Summary Judgment (ECF No.77-2), Defendant's Notice of Supplemental Authority In Further Support of its Motion for Summary Judgment (ECF No. 91), Plaintiff's Response to Defendant's Notice of Supplemental Authority (ECF No. 92), and any exhibits attached thereto, it is hereby **ORDERED** that Maximus's Motion for Summary Judgment (ECF No. 64) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge