IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAIMARIA BODOR, Individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs | : : | |
| v. | : : | NO. 19-cv-5787(JMG) |
| MAXIMUS FEDERAL SERVICES, INC., | : : : | |
| Defendant | : | |

**STIPULATION TO EXTEND DEADLINE**

WHEREAS, on October 8, 2021 the Court entered its decision on Plaintiff's Motion to Unseal the Summary Judgment Record; and

WHEREAS, the Court ordered parties to meet and confer and submit a supplemental filing on October 29, 2021 indicating which documents should remain sealed in accordance with the standards discussed in *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.,* 924 F.3d 662 (3d Cir. 2019); and

WHEREAS, the Parties have had preliminary discussions regarding the documents which should remain sealed, but the Defendant has requested, and Plaintiff has agreed, to a one-week extension for the submission of the supplemental filing to the Court due to circumstances outside the control of the Parties.

NOW THEREFORE, the parties stipulate and agree, by and through their undersigned counsel and upon approval of the Court, that the deadline for submission of a supplemental filing indicating which documents should remain sealed and manor of sealing is extended until November 5, 2021 and all other deadlines set forth in the Court's October 8, 2021 Order shall remain in effect.

-2-

| | |
|---|---|
| */s/ Jody Thomas Lopez-Jacobs* | */s/ Marisa Rachel De Feo* |
| Jody Thomas López-Jacobs | Marisa Rachel De Feo |
| Flitter Milz, P.C. | Saul Ewing Arnstein & Lehr LLP |
| 450 N. Narberth Avenue | Centre Square West, 38th Floor |
| Suite 101 | 1500 Market Street |
| Narberth, PA  19072 | Philadelphia, PA  19102 |
| (610) 668-0011 | (215) 972-1976 |
| jlopez-jacobs@consumerslaw.com | *Attorney for Defendant* |
| www.consumerslaw.com | |
| *Attorney for Plaintiff* | |

APPROVED BY:   On 10/29/2021

 /s/ John M. Gallagher
U.S.D.J., John M. Gallagher