# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXIMUS FEDERAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 5-19-cv-05787-JMG |

## SECOND STIPULATED SCHEDULING ORDER REGARDING PHASE IB DEADLINES

AND NOW, this 29th day of December, 2021, the Court on November 22, 2021 having approved the Stipulated Scheduling Order Regarding Phase IB Deadlines, and the parties having conferred and agreed that a brief extension of the Phase IB deadlines is appropriate so as to ensure adequate time for the parties to complete Phase IB discovery, the Court orders as follows:

1. Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) necessary to meet their burden of proof by expert report or answer to expert interrogatory on Phase IB issues no later than January 31, 2022. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such rebuttal evidence on counsel for every other party for Phase IB no later than February 21, 2022.

2. Phase IB expert depositions, if any, shall be concluded no later than March 7, 2022.

3. Phase IB discovery shall be concluded no later than March 14, 2022.

4. Motions for Class Certification shall be filed no later than April 11, 2022. The response to such motions shall be filed no later than 30 days after the filing of such motion. Any reply brief may be filed within 14 days of the response.

Respectfully submitted:

Date: 12/29/2021

 /s/   Ryan L. DiClemente\_
Marisa Rachel De Feo
Ryan L. DiClemente
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(Tel) 215-972-1976
Marisa.DeFeo@saul.com
Ryan.DiClemente@saul.com

*Attorneys for Defendant*

Date: 12/29/2021

 /s/ Jody T. López-Jacobs
Jody T. López-Jacobs
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782
jlopez-jacobs@consumerslaw.com

*Attorneys for Plaintiff and the Class*

**SO ORDERED:**

 /s/ John M. Gallagher
U.S.D.J.