IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all<br>others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 5-19-cv-05787-JMG |

**JOINT STIPULATION EXTENDING THE DEADLINES FOR PHASE IB DEADLINES**

Counsel for Plaintiff Jaimaria Bodor ("Plaintiff") and Defendant Maximus Federal Services, Inc. ("Maximus Federal"), have continued to diligently pursue discovery relating to Phase IB, including the exchange of supplemental discovery requests and responses, and respectfully submit this joint stipulation seeking to extend the deadlines for Phase IB discovery as follows:

1. Phase IB discovery shall be concluded no later than March 28, 2022.

2. Motions for Class Certification shall be filed no later than April 25, 2022. The opposition to such motions shall be filed no later than 30 days later. Any reply brief may be filed within 14 days of the opposition brief.

Respectfully submitted:

Date: 3/7/2022

 /s/ Ryan L. DiClemente
Marisa Rachel De Feo
Ryan L. DiClemente
**SAUL EWING ARNSTEIN & LEHR LLP**

Date: 3/7/2022

 /s/ Jody T. López Jacobs
Jody T. López-Jacobs
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue

39753342.1

Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(Tel) 215-972-1976
Marisa.DeFeo@saul.com
Ryan.DiClemente@saul.com

*Attorneys for Defendant*

Narberth, PA 19072
(610) 822-0782
jlopez-jacobs@consumerslaw.com

*Attorneys for Plaintiff and the Class*

**SO ORDERED:**

*/s/ John M. Gallagher*   03/08/2022
U.S.D.J.

39753342.1