IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 5-19-cv-05787-JMG |

## THIRD JOINT STIPULATION EXTENDING THE DEADLINES FOR PHASE IB DEADLINES

Counsel for Plaintiff Jaimaria Bodor ("Plaintiff") and Defendant Maximus Federal Services, Inc. ("Maximus Federal"), have continued to diligently pursue discovery relating to Phase IB, including the exchange of supplemental discovery requests and responses, and respectfully submit this joint stipulation seeking to extend the deadlines for Phase IB discovery. Defendant is in the process of completing the production of documents for Phase IB discovery and working with Plaintiff to finalize the necessary deposition(s). Therefore, the Parties seek an extension as follows:

1. Phase IB discovery shall be concluded no later than April 29, 2022.

2. Motions for Class Certification shall be filed no later than May 30, 2022. The opposition to such motions shall be filed no later than 30 days later. Any reply brief may be filed within 14 days of the opposition brief.

39833758.2

Respectfully submitted:

Date: 3/25/2022

 /s/ Ryan L. DiClemente
Marisa Rachel De Feo
Ryan L. DiClemente
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(Tel) 215-972-1976
Marisa.DeFeo@saul.com
Ryan.DiClemente@saul.com

*Attorneys for Defendant*

Date: 3/25/2022

 /s/ Jody T. López Jacobs
Jody T. López-Jacobs
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue
Narberth, PA 19072
(610) 822-0782
jlopez-jacobs@consumerslaw.com

*Attorneys for Plaintiff and the Class*

**SO ORDERED:**

 /s/ John M. Gallagher     04/14/2022
U.S.D.J.

39833758.2