IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>Individually and on behalf of all others<br>similarly situated,<br>        Plaintiff,<br><br>        v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil No. 5:19-cv-05787-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 24th day of June, 2022, at the request of the parties, **IT IS HEREBY ORDERED** that this case is **REFERRED** to Magistrate Judge Pamela A. Carlos for purposes of conducting a settlement conference as Judge Carlos deems appropriate. The parties shall jointly contact Magistrate Judge Carlos's chambers no later than **Tuesday, June 28, 2022** to schedule the settlement conference, at a date convenient to Judge Carlos.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge