# Exhibit 2

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3

     JAIMARIA BODOR,            :
 4   individually and on        :
     behalf of all others       :
 5   similarly situated,        :
                                :
 6          Plaintiff(s),       :
                                :
 7          vs.                 :
                                :
 8   MAXIMUS FEDERAL            :
     SERVICES, INC.,            :
 9                              :   CIVIL ACTION NO.
           Defendant(s).        :   5-19-cv-05787-EGS
10
                              - - -
11               Friday, October 2, 2020
               Philadelphia, Pennsylvania
12                            - - -
13        Oral Deposition of JAIMARIA BODOR GOSS, held
14   via Zoom teleconference, commencing at approximately
15   11:14 a.m., on the above date, before Josephine
16   Guerrieri, Professional Court Reporter and
17   Commissioner of Deeds.
18
19
20                            - - -
             VERITEXT LEGAL SOLUTIONS
21                MID-ATLANTIC REGION
           1801 Market Street - Suite 1800
22         Philadelphia, Pennsylvania 19103
                              - - -
23
24
```

Page 2

1  A P P E A R A N C E S:
2
   NATIONAL CONSUMER LAW CENTER
3  BY:  ALICE BUTTRICK, ESQUIRE
   81 Prospect Street
4  Brooklyn, New York  11201
   518-732-6703
5  Abuttrick@justicecatalyst.org
6  Counsel for Plaintiff(s)
7  FLITTER MILZ, PlC.
   BY:  JODY THOMAS LOPEZ-JACOBS, ESQUIRE
8  450 North Narberth Avenue
   Suite 101
9  Narberth, Pennsylvania  19072
   610-668-0011
10 Jlopez-jacobs@consumerslaw.com
11 Counsel for Plaintiff(s)
12 SAUL EWING, LLP
   BY:  RYAN DiCLEMENTE, ESQUIRE
13    MARISA R. DeFEO, ESQUIRE
   Centre Square West, 38th Floor
14 1500 Market Street
   Philadelphia, Pennsylvania  19102
15 215-972-7531
16 Counsel for Defendant(s)
17
18
19
20
21
22
23
24

Page 3

1       DEPOSITION SUPPORT INDEX
2
   DIRECTIONS NOT TO ANSWER:
3  PAGES:   None
4
5  REQUESTS FOR DOCUMENTS OR INFORMATION
   PAGES:   84, 85, 87, 94
6
7
   STIPULATIONS AND/OR STATEMENTS:
8  PAGES:   7
9
10 MARKED QUESTIONS:
   PAGES:   None
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1          - - -
2          I N D E X
3
   WITNESS                    PAGE
4
   JAIMARIA BODOR GOSS
5
      EXAMINATION BY
6
   MR. DiCLEMENTE          8
7
8
          - - -
9
10       E X H I B I T S
11
   NUMBER      DESCRIPTION      PAGE
12
   1     Amended Class Action
13        Complaint        6
14 2     Plaintiff's Responses
         and Objections to
15       Defendant's First Set
         of Interrogatories   6
16
   3     Response to Request
17       for Production     6
18 4     Federal Student Aid
         12/18/19        6
19
   5     Federal Student Aid
20       12/20/19        6
21 6     Department of Education
         National Student Loan
22       Data System      6
23 7     Coast Professional
         Notice         6
24

Page 5

1 1       E X H I B I T S
2 2 NUMBER     DESCRIPTION      PAGE
3 3  8    Court of Common
4 4  9    Pleas Bucks County Criminal Docket     6
5 5  10   Police Blotter E-mail - 4/15/19
6 6  11   Supplemental Responses
7 7  12   United States Treasury Check
8 8
9 9    not in posession of reporter
10
    10
11
    11
12
    12
          - - -
13
    13
14
    14
15
    15
16
    16
17
    17
18
    18
19
    19
20
    20
21
    21
22
    22
23
    23
24
    24

2 (Pages 2 - 5)

Page 6

```
 1              - - -
 2       P R O C E E D I N G S
 3              - - -
 4       (Whereupon, a group of
 5  documents were marked Exhibit-1
 6  through Exhibit-12, respectively.)
 7              - - -
 8       (Whereupon the court reporter
 9  placed the following statement on
10  the record:)
11       The attorneys participating
12  in this deposition acknowledge
13  that I am not physically present
14  in the deposition room and that I
15  will be reporting this deposition
16  remotely.
17       They further acknowledge
18  that, in lieu of an oath
19  administered in person, I will
20  administer the oath remotely.
21       The parties and their counsel
22  consent to this arrangement and
23  waive any objections to this
24  manner of reporting.
```

Page 7

```
 1       Please indicate your
 2  agreement by stating your name,
 3  who you represent and your
 4  agreement on the record.
 5              - - -
 6       MR. DiCLEMENTE:  Ryan
 7  DiClemente for the defendants and
 8  I agree and acknowledge.
 9       MS. BUTTRICK:  Alice Buttrick
10  for the plaintiff and I agree and
11  acknowledge.
12              - - -
13       (It is agreed by and among
14  Counsel for the respective parties
15  that the reading, signing,
16  sealing, filing and certification
17  are hereby waived, and all
18  objections, except as to the form
19  of the question, are reserved
20  until the time of trial.)
21              - - -
22       JAIMARIA BODOR GOSS, having
23  been first duly sworn, was
24  examined and testified under oath
```

Page 8

```
 1   as follows:
 2              - - -
 3       E X A M I N A T I O N
 4              - - -
 5  BY MR. DiCLEMENTE:
 6   Q.    So, good morning, Ms. Bodor.
 7       I'm going to briefly just walk
 8  about some ground rules today.  Thank you
 9  for joining us.  I think what I'm going to
10  try to do is speak very slowly, ask my
11  questions very slowly and what we're trying
12  to do is allow your counsel the opportunity
13  to lodge an objection.
14       So, you may hear me ask a
15  question and then I would ask you to pause
16  for a few seconds before responding and
17  allow your counsel the opportunity to object
18  to that question and then await further
19  instructions from your counsel.
20       Do you understand that, Ms.
21  Bodor?
22   A.    Yes.
23   Q.    So -- and -- have you ever
24  been deposed before?
```

Page 9

```
 1   A.    No.
 2   Q.    Okay.  So, the way this is
 3  going to work is I'm going to ask a series
 4  of questions, and the court reporter is
 5  going to take down your response and the
 6  court reporter is then going to create a
 7  transcript of my questions and your
 8  responses.  So, in doing this process, we
 9  can't have any nonverbal responses from you.
10       Obviously, the court reporter
11  can't get down as part of the transcript any
12  head shaking, nods, things like that,
13  pointing to a document that we may be
14  talking about, she's not going to be able to
15  record that.
16       So, just think about that when
17  you are responding and remember that all of
18  your responses have to be verbal.
19   A.    Okay.
20   Q.    If you could wait for me to
21  finish my question and I will in turn wait
22  for you to finish your answers before I ask
23  another question.  One of the common
24  problems that we all have that's really been
```

3 (Pages 6 - 9)

Page 22

1    A.    Yes.
2    Q.    Okay.  Where did you attend
3  high school?
4    A.    Westmont Christian Academy.
5    Q.    And did you graduate?
6    A.    Yes.
7    Q.    And what year was that, do you
8  remember?
9    A.    2007.
10    Q.    And did you go on to attend
11  any colleges?
12    A.    Yes.
13    Q.    Can you tell me, start with
14  the first one, if there were multiple and
15  tell me about your educational history after
16  high school.
17    A.    I went back to school in
18  roughly 2012.
19    Q.    And what college was that?
20    A.    Everest University online.
21    Q.    And that was a purely online
22  college?
23    A.    Yes.
24    Q.    And you began that in 2012?

Page 23

1    A.    Yes.
2    Q.    Did you have an major or a
3  particular area of study?
4    A.    Yes.
5    Q.    What was that?
6    A.    Business administrative,
7  business management.
8    Q.    Okay.  And did you complete
9  your degree at Everest?
10    A.    No.
11    Q.    Is there any reason why you
12  didn't get a degree from Everest?
13    A.    Yes.
14    Q.    What is that?
15    A.    The school was closed.
16    Q.    Okay.  And when did the school
17  close?
18    A.    In 2013, roughly.
19    Q.    So, you began taking online
20  classes in 2002, the fall of 2002?
21        MS. BUTTRICK:  Objection.  I
22      think you're misstating the
23      testimony.
24  BY MR. DiCLEMENTE:

Page 24

1    Q.    I'm sorry, in 2012, that would
2  have been before you graduated high school,
3  which would have been extremely impressive,
4  so, I apologize.
5        In 2012 did you begin taking
6  online courses in Everest in the fall of
7  2012?
8    A.    I believe so, yes.
9    Q.    And approximately what time of
10  year in 2013 did Everest close?
11    A.    Roughly it was the summer,
12  early fall.
13    Q.    And did you attend another
14  college after Everest?
15    A.    No.
16    Q.    Any other post high school
17  education other than Everest?
18    A.    Just for my GED.
19    Q.    Okay.  When did you get your
20  GED?
21    A.    In 2007.
22    Q.    Did you take out any loans in
23  connection with your attendance online at
24  Everest?

Page 25

1    A.    No.
2    Q.    So, you didn't have any
3  student loans in connection with your
4  attendance at Everest?
5    A.    No.
6    Q.    Did you ever take out any
7  student loans?
8    A.    No.
9    Q.    Are you currently employed?
10    A.    Yes.
11    Q.    Where are you working?
12    A.    Burger King.
13    Q.    And how long have you worked
14  there?
15    A.    Roughly six, seven months.
16    Q.    And what did you do before
17  Burger King, were you employed?
18    A.    Yes.
19    Q.    Okay.  Where was that?
20    A.    For a place called White Tail
21  Disposal.
22    Q.    Say that again, you were a
23  little muffled.
24    A.    White Tail Disposal.

7 (Pages 22 - 25)

Page 26

1    Q.    Okay.  Thank you.  And what
2 kind of business is that?
3    A.    It's a trash company.
4    Q.    And how long were you employed
5 there?
6    A.    Two-and-a-half months.
7    Q.    And what were some of your
8 responsibilities?
9    A.    I answered phone calls,
10 started new services, cancelled services,
11 scheduled pickups.
12    Q.    And what about before White
13 Tail Disposal, were you employed somewhere
14 else?
15    A.    Yes.
16    Q.    Where was that?
17    A.    Taco Bell.
18    Q.    Okay.  When I use the term
19 Borrower Defense Application, do you know
20 what that is?
21    A.    Yes.
22    Q.    What is your understanding of
23 that term, ma'am?
24    A.    It is an application that I

Page 27

1 filled out to stop collections on my taxes.
2    Q.    Can you explain that again, I
3 lost you a little bit?
4    A.    It's an application that I had
5 filled out to stop collections on my taxes.
6    Q.    And do you know who you
7 submitted that application to?
8    A.    The Department of Education.
9    Q.    And you had indicated, I
10 think, and if I'm rephrasing something
11 that's incorrect, ma'am, just stop me and
12 tell me that you don't think it's correct.
13       You had submitted the
14 application to stop collection on your
15 taxes, correct?
16    A.    Yes.
17    Q.    And who was collecting on your
18 taxes?
19    A.    Maximus.
20    Q.    Do you know -- how do you know
21 that?
22    A.    I was send information from
23 the IRS.
24    Q.    And what type of information

Page 28

1 was that?
2    A.    It was a letter stating as to
3 why my taxes were garnished.
4    Q.    And do you remember when that
5 communication was approximately received?
6    A.    About four weeks after filing
7 my taxes.
8    Q.    Do you remember when you filed
9 your taxes?
10       MS. BUTTRICK:  Ryan, can we
11    pause here?
12       MR. DiCLEMENTE:  Sure.
13       MS. BUTTRICK:  We're talking
14    about taxes in general.  I think
15    it might be helpful if we were
16    talking about a specific year.
17       MR. DiCLEMENTE:  Sure.
18 BY MR. DiCLEMENTE:
19    Q.    Well, let's go back to your
20 response.  So, you indicated that you had
21 filed the Borrower Defense Application to
22 stop collection on your taxes; is that
23 correct?
24    A.    Yes.

Page 29

1    Q.    Was there a specific year that
2 you were focused on?
3    A.    That was 2019.
4    Q.    Okay.  So, you filed the
5 application in 2019, but would it have been
6 to collection on your taxes for 2018 --
7    A.    Yes.
8    Q.    -- the year 2018?
9    A.    Yes.
10    Q.    Sorry, that's my fault.
11    A.    That's okay.
12    Q.    So, let's just clarify that
13 again.
14       You had filed it in 2019, so,
15 that would have been for the tax year of
16 2018, correct?
17    A.    Yes.
18    Q.    Okay.  And if I'm
19 understanding correctly, -- well, let's take
20 a step back.  So, when did you file your
21 taxes for the year 2018?
22    A.    Around April, May to April.
23    Q.    So, you filed your taxes
24 mid-April, correct?

8 (Pages 26 - 29)

Page 38

1 that.
2        Did the communication with the
3 IRS provide a reasoning for why it was
4 withheld?
5    A.    Just for a past due debt.
6    Q.    And did you know what that
7 debt was?
8    A.    For the Department of
9 Education.
10   Q.    And what -- was there anything
11 specific about the debt to the Department of
12 Education?
13   A.    No.
14   Q.    So, it just said a debt owing
15 to the Department of Education?
16   A.    No.
17   Q.    Do you -- and you have no
18 understanding when you received that letter
19 as to what debt they were referring to?
20   A.    No -- yes, sorry.  I'm going
21 to get this mixed up.  I did understand, but
22 from my understanding it was they were not
23 allowed to because I had filed the
24 application to prevent that.

Page 39

1    Q.    Okay.  So, let's unpack that a
2 little bit.
3        You understand that they
4 weren't allowed to collect on what debt?
5    A.    They weren't allowed to take
6 my tax refund to go towards this debt owed
7 for the --
8    Q.    I'm sorry, are you finished,
9 ma'am?
10   A.    No, I lost my words.  For the
11 student loans, they stated I had taken, that
12 the Borrower Defense Application would stop
13 the collections.
14   Q.    Are you finished?
15   A.    Yes.
16   Q.    Okay.  So, you understood that
17 the Borrower Defense Application would stop
18 the collection of certain loans that the
19 Department of Education was trying to
20 collect?
21   A.    Correct.
22   Q.    Okay.  Do you have any
23 understanding as to what loans the
24 Department of Education was trying to

Page 40

1 collect on?
2    A.    Yes, they had stated that when
3 I started school I had taken out student
4 loans, which my understanding when I had
5 enrolled in the school were Pell grants and
6 grants.
7    Q.    You said Pell grants and I
8 didn't hear the second part?
9    A.    Grants.
10   Q.    And was it your understanding
11 that you did not need to repay those?
12   A.    Correct.
13   Q.    So, when I asked you earlier
14 about did you take out any loans in order to
15 go to Everest, you said no, correct?
16   A.    Correct.
17   Q.    And the reason why you said no
18 was because you understood that what you
19 received in connection with your education
20 at Everest were grants, correct?
21   A.    Correct.
22   Q.    And those grants did not need
23 to be repaid, correct?
24   A.    Correct?

Page 41

1    Q.    So, it was your understanding
2 at the time, when you attended Everest
3 College, where you actually didn't receive
4 any loans, correct?
5    A.    Correct.
6    Q.    Is that still your
7 understanding today?
8    A.    No, I obviously -- I mean -- I
9 mean my understanding is they were supposed
10 to be grants, not loans.
11   Q.    Other than the Borrower
12 Defense Application, did you file anything
13 else with the Department of Education about
14 those grants?
15   A.    Yes.
16   Q.    What else did you file?
17   A.    I filed a close school
18 discharge.
19   Q.    And when was that filed?
20   A.    In 2016, roughly, early 2016.
21   Q.    Okay.  And what was your
22 understanding of that document that you were
23 submitting?
24   A.    That I had initially though

11 (Pages 38 - 41)