# Exhibit 3

. Thanks for sending this along. It will probaby File Source:U.S. DEPARTMENT OF EDUCATION, NATIONAL STUDENT LOAN DATA SYSTEM (NSLDS)
File Request Date:2020-06-16-09.39.41.205
Student First Name:JAIMARIA
Student Middle Initial:E
Student Last Name:BODOR
Student Street Address 1:
Student Street Address 2:
Student City:
Student State Code:
Student Country Code:US
Student Zip Code:
Student Email Address:
Student Home Phone Country Code:1
Student Home Phone Number:
Student Home Phone Preferred:No
Student Cell Phone Country Code:1
Student Cell Phone Number:
Student Cell Phone Preferred:Yes
Student Work Phone Country Code:1
Student Work Phone Number:
Student Work Phone Preferred:No
Student SULA Maximum Eligibility Period:0.0
Student SULA Subsidized Usage Period:0.0
Student SULA Remaining Eligibility Period:0.0
Student Enrollment Status:WITHDRAWN
Student Enrollment Status Effective Date:01/13/2013
Student Total All Loans Outstanding Principal:$5,935
Student Total All Loans Outstanding Interest:$862
Student Pell Lifetime Eligibility Used:0.000%
Student Iraq and Afghanistan Service Lifetime Eligibility Used:0.000%
Student Total All Grants:$0
Total DIRECT STAFFORD UNSUBSIDIZED Outstanding Principal:$3,959
Total DIRECT STAFFORD UNSUBSIDIZED Outstanding Interest:$716
Total DIRECT STAFFORD SUBSIDIZED Outstanding Principal:$1,976
Total DIRECT STAFFORD SUBSIDIZED Outstanding Interest:$146
Loan Type:DIRECT STAFFORD UNSUBSIDIZED
Loan Award
Loan Attending School Name:EVEREST UNIVERSITY - ORLANDO SOUTH
Loan Attending School OPEID:00149901
Loan Date:09/26/2012
Loan Repayment Begin Date:07/14/2013
Loan Period Begin Date:07/16/2012
Loan Period End Date:03/25/2013
Loan Amount:$6,000
Loan Disbursed Amount:$4,000
Loan Canceled Amount:$2,000
Loan Canceled Date:05/25/2013
Loan Outstanding Principal Balance:$3,959
Loan Outstanding Principal Balance as of Date:02/26/2017

Bodor_000108

JA-00537

```
Loan Outstanding Interest Balance:$716
Loan Outstanding Interest Balance as of Date:02/26/2017
Loan Interest Rate Type:FIXED
Loan Interest Rate:0.00%
Loan Repayment Plan Type:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:09/01/2013
Loan Repayment Plan Scheduled Amount:$49
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0
Loan PSLF Cumulative Matched Months:0
Loan Status:DU
Loan Status Description:DEFAULTED, UNRESOLVED
Loan Status Effective Date:09/03/2014
Loan Status:DF
Loan Status Description:DEFAULTED, UNRESOLVED
Loan Status Effective Date:05/29/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/14/2013
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/13/2013
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/26/2012
Loan Disbursement Date:01/08/2013
Loan Disbursement Amount:$0
Loan Disbursement Date:10/08/2012
Loan Disbursement Amount:$2,000
Loan Disbursement Date:09/27/2012
Loan Disbursement Amount:$2,000
Loan Contact Type:Current ED Servicer
Loan Contact Name:DEBT MANAGEMENT AND COLLECTIONS SYSTEM
Loan Contact Street Address 1:DEFAULT RESOLUTION GROUP
Loan Contact Street Address 2:P.O. BOX 5609
Loan Contact City:GREENVILLE
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-621-3115
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://myeddebt.ed.gov/
Loan Type:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:
Loan Attending School Name:EVEREST UNIVERSITY - ORLANDO SOUTH
```

```
Loan Attending School OPEID:00149901
Loan Date:09/26/2012
Loan Repayment Begin Date:07/14/2013
Loan Period Begin Date:07/16/2012
Loan Period End Date:03/25/2013
Loan Amount:$3,500
Loan Disbursed Amount:$2,334
Loan Canceled Amount:$1,166
Loan Canceled Date:05/25/2013
Loan Outstanding Principal Balance:$1,976
Loan Outstanding Principal Balance as of Date:02/26/2017
Loan Outstanding Interest Balance:$146
Loan Outstanding Interest Balance as of Date:02/26/2017
Loan Interest Rate Type:FIXED
Loan Interest Rate:0.00%
Loan Repayment Plan Type:STANDARD REPAYMENT
Loan Repayment Plan Begin Date:09/01/2013
Loan Repayment Plan Scheduled Amount:$23
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0
Loan PSLF Cumulative Matched Months:0
Loan Status:DU
Loan Status Description:DEFAULTED, UNRESOLVED
Loan Status Effective Date:09/03/2014
Loan Status:DF
Loan Status Description:DEFAULTED, UNRESOLVED
Loan Status Effective Date:05/29/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/14/2013
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:01/13/2013
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:09/26/2012
Loan Disbursement Date:01/08/2013
Loan Disbursement Amount:$0
Loan Disbursement Date:10/08/2012
Loan Disbursement Amount:$1,167
Loan Disbursement Date:09/27/2012
Loan Disbursement Amount:$1,167
Loan Contact Type:Current ED Servicer
Loan Contact Name:DEBT MANAGEMENT AND COLLECTIONS SYSTEM
Loan Contact Street Address 1:DEFAULT RESOLUTION GROUP
```