# Exhibit 4

Financial Transactions – Shows all Financial Transactions for this borrower

| Id | Type | Batch | Rever... | Payment ... | Created | Entered | Tendered | Posted | Amount | Location | Status | Work Queue | Revers... | Deposit Account | Ex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 346162644 | Adjustm... | 793998 - FMS_REFUND_INTERFACE_10112019200631 | | REFUND | 10/11/2019 20:09 | 04/25/2019 00:00 | 10/11/2019 00:00 | 10/11/2019 ... | ($79.00) | Department... | Posted | DfltWkgp - Def... | | | 79 |
| 346162634 | Adjustm... | 793998 - FMS_REFUND_INTERFACE_10112019200631 | | NA | 10/11/2019 20:09 | 04/25/2019 00:00 | 10/11/2019 00:00 | 10/11/2019 ... | $17.04 | Department... | Posted | DfltWkgp - Def... | | | |
| 328299863 | Adjustm... | 695071 - 5032019042026_Weekly_Collections_File.txt | | TOPFEE | 05/03/2019 04:58 | 04/25/2019 00:00 | 05/02/2019 00:00 | 05/03/2019 ... | ($17.04) | Department... | Posted | DfltWkgp - Def... | | | 16 |
| 328299911 | Payment | 695071 - 5032019042026_Weekly_Collections_File.txt | | TOPPAY | 05/03/2019 04:58 | 04/25/2019 00:00 | 05/02/2019 00:00 | 05/03/2019 ... | $79.00 | Department... | Posted | DfltWkgp - Def... | | Default Trust Sh... | 16 |
| 328299886 | ReApp | 695073 - REAPPLY BATCH FOR BATCH 695071-5032019042026_... | | | 05/03/2019 04:58 | 04/24/2019 00:00 | 04/24/2019 00:00 | | $0.00 | Department... | Posted | DfltWkgp - Def... | | | |
| 283613715 | Adjustm... | 521099 - 3232018144834_Weekly_Collections_File.txt | | TOPFEE | 03/23/2018 14:57 | 03/16/2018 00:00 | 03/23/2018 00:00 | 03/23/2018 ... | ($17.25) | Department... | Posted | PCA0027A - Ce... | | | 14 |
| 283613763 | Payment | 521099 - 3232018144834_Weekly_Collections_File.txt | | TOPPAY | 03/23/2018 14:58 | 03/16/2018 00:00 | 03/23/2018 00:00 | 03/23/2018 ... | $181.00 | Department... | Posted | PCA0027A - Ce... | | Default Trust Sh... | 14 |
| 245850149 | Adjustm... | 360210 - 2262017030124_Weekly_Collections_File.txt | | TOPFEE | 02/26/2017 03:05 | 02/22/2017 00:00 | 02/26/2017 00:00 | 02/26/2017 ... | ($17.00) | Department... | Posted | PCA0027A - Ce... | | | 13 |
| 245850186 | Payment | 360210 - 2262017030124_Weekly_Collections_File.txt | | TOPPAY | 02/26/2017 03:05 | 02/22/2017 00:00 | 02/26/2017 00:00 | 02/26/2017 ... | $810.00 | Department... | Posted | PCA0027A - Ce... | | Default Trust Sh... | 13 |
| 214150953 | Adjustm... | 275024 - 2252016202913_Weekly_Collections_File.txt | | TOPFEE | 02/25/2016 21:21 | 02/19/2016 00:00 | 02/25/2016 00:00 | 02/25/2016 ... | ($15.00) | Department... | Posted | PCA0020A - CB... | | | 12 |
| 214150965 | Payment | 275024 - 2252016202913_Weekly_Collections_File.txt | | TOPPAY | 02/25/2016 21:21 | 02/19/2016 00:00 | 02/25/2016 00:00 | 02/25/2016 ... | $238.00 | Department... | Posted | PCA0020A - CB... | | Default Trust Sh... | 12 |
| 213196912 | Adjustm... | 273022 - 2192016040310_Weekly_Collections_File.txt | | TOPFEE | 02/19/2016 04:38 | 02/12/2016 00:00 | 02/18/2016 00:00 | 02/19/2016 ... | ($17.00) | Department... | Posted | PCA0020A - CB... | | | 12 |
| 213196919 | Payment | 273022 - 2192016040310_Weekly_Collections_File.txt | | TOPPAY | 02/19/2016 04:38 | 02/12/2016 00:00 | 02/18/2016 00:00 | 02/19/2016 ... | $970.00 | Department... | Posted | PCA0020A - CB... | | Default Trust Sh... | 12 |
| 198337703 | Adjustm... | 230155 - INT_ACCRUAL_20150909_005951 | | | 09/09/2015 01:02 | 09/09/2015 00:00 | 09/09/2015 00:00 | 09/09/2015 ... | $0.00 | Department... | Posted | PCA0020A - CB... | | | |
| 198337688 | Adjustm... | 230155 - INT_ACCRUAL_20150909_005951 | | | 09/09/2015 01:02 | 09/09/2015 00:00 | 09/09/2015 00:00 | 09/09/2015 ... | $0.00 | Department... | Posted | PCA0020A - CB... | | | |
| 183027701 | Adjustm... | 178149 - INTACRUE22008 | | | 02/20/2015 02:12 | 02/20/2015 00:00 | 02/20/2015 00:00 | 02/20/2015 ... | $0.00 | Department... | Posted | PCA0020A - CB... | | | |
| 183027679 | Adjustm... | 178149 - INTACRUE22008 | | | 02/20/2015 02:12 | 02/20/2015 00:00 | 02/20/2015 00:00 | 02/20/2015 ... | $0.00 | Department... | Posted | PCA0020A - CB... | | | |