# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR,<br>individually and on behalf of all others similarly situated,<br>                              Plaintiff,<br><br>vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br><br>                              Defendant. | NO. 5:19-cv-05787-EGS |

## DECLARATION OF BENJAMIN D. ELGA ON BEHALF OF JUSTICE CATALYST LAW, INC.

I, BENJAMIN D. ELGA, an attorney authorized to practice in this Court in this action *pro hac vice*, do hereby certify and confirm:

1. I am authorized to practice in this Court *pro hac vice* and to serve as counsel for Plaintiff Jaimaria Bodor ("Bodor") and the putative class ("Plaintiff") in the above-captioned action pursuant to an Order of the Court dated March 10, 2020 (Docket No. 20). This Declaration is submitted in support of Plaintiff's Motion for Approval of Proposed Settlement.

2. I am the founding Executive Director of Justice Catalyst Law, Inc. ("JCL"). JCL is a human and civil rights organization founded in 2018, with nonprofit tax status.

3. I received my J.D. from Harvard Law School in 2014. Before starting JCL, I was engaged in class action practice in numerous consumer and antitrust class actions including *In re: Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.), *In re: Packaged Seafood Products Antitrust Litigation*, No. 15-md-2670 (S.D. Cal.), *Cason-Merenda v. Detroit Medical Center*, No. 06-15601 (E.D. Mich.), *Hadley v. Subaru of America, Inc.*, No. 15-7210 (D.N.J.)

(sparking the recall of defective cars whose hoods flew open while driving), and *Noble v. Samsung Electronics America, Inc.,* No. 15-cv-03713 (D.N.J.).

4. I am admitted to practice in New York, New Jersey, and Massachusetts.

5. JCL's work emphasizes the commercial and private rights violations that underlie systemic social and economic injustice. JCL applies a varied set of legal disciplines such as competition law, consumer protection, employment law, civil rights, criminal justice, and environmental justice, often in contexts where advocates have not previously focused on those disciplines.

6. JCL is knowledgeable about and has experience representing plaintiffs, classes, and litigating class actions in similar public interest cases. Since opening its doors in late 2018, Justice Catalyst Law has filed, litigated, and in some cases favorably settled a number of highly complex class action cases, including by serving as class counsel in *Camarlinghi et al. v. Santa Clara County*, No. 21 Civ. 3020 (N.D. Cal.) (settled class action for overdetention in Santa Clara County jail), *Robinson v. National Student Clearinghouse*, No. 19 Civ. 10749 (D. Mass) (settled FCRA class action on behalf of students), *Peña v. Wells Fargo Bank, N.A.*, No. 19 Civ. 4065 (N.D. Cal.) (settled discrimination class action on behalf of DACA recipients), and *Moehrl v. The National Association of Realtors*, No. 19 Civ. 1610 (N.D. Ill.) (antitrust class action on behalf of home sellers). *See also Tassinari v. The Salvation Army*, No. 21 Civ. 10806 (D. Mass.) (proposed class action for disability discrimination on behalf of people taking prescribed medication for opioid use disorder); *Dunn et al. v. Cuyahoga County et al.*, No. 23 Civ. 364 (N.D. Ohio) (proposed civil rights class action on behalf of people overdetained in Cuyahoga County jail); *Morgan et al. v. RealPage Inc. et al.*, No. 22 Civ. 1712 (MDL) (proposed antitrust class action on behalf of

overcharged renters); *Taylor et al. v. The Salvation Army et al.*, No. 21 Civ. 6105 (N.D. Ill.) (proposed Trafficking Victims Protection Act class action on behalf of thrift store workers).

7. JCL has been a counsel of record for the Plaintiff and the putative class in this action since the case's inception and has expended considerable resources to aid co-counsel in the investigation and discovery of the claims at issue and zealously pursue Plaintiff and the putative class's claims through discovery, motions practice, and settlement negotiations.

8. I am not aware of any conflicts of interest that would prevent me or JCL from serving as class counsel in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, NY          __/s/*Benjamin D. Elga*____
        July 19, 2023              BENJAMIN D. ELGA

                                   Justice Catalyst Law, Inc.
                                   40 Rector Street, Floor 9
                                   New York, NY 10006