IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated, Plaintiff, vs. MAXIMUS FEDERAL SERVICES, INC., Defendant. | CIVIL ACTION NO.  5:19-cv-05787 (JMG) |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEY FEES AND SERVICE AWARD**

By Order dated August 7, 2023 (ECF 134), this Court granted Plaintiff Jaimaria Bodor's Motion for Approval of Class Action Settlement.  The Settlement Agreement called for payment of attorney fees in the total amount of $190,000 for all work that has and will be performed by Plaintiff's counsel: the National Consumer Law Center, Justice Catalyst Law, and Flitter Milz, PC. Ex. 1, Settlement Agreement § III.H. That amount reflects the parties' compromise, as Plaintiff's counsel's aggregate lodestar exceeds $550,000.  The Settlement Agreement also called for payment of a $10,000 service award to Ms. Bodor, in recognition of her service to the Class. Ex. 1, Settlement Agreement § III.I.  These amounts are to be paid by Maximus directly and have no impact on the compensation to the Class—$165 to each Class Member in recognition of the damages they incurred for the temporary but wrongful seizure of their tax refunds.

Notwithstanding the parties' agreement on the attorney fees and service award, these amounts are subject to court approval after notice to the Class. Fed. R. Civ. P. 23(h).  Class Members were advised of the amounts of the requested attorney fee and service award, but to date, not a single Class Member has objected.

1

Accordingly, Plaintiff respectfully requests that the Court approve the agreed-upon award of attorney fees in the amount of $190,000, as well as Plaintiff Bodor's service award of $10,000. In support, Plaintiff incorporates by reference the Memorandum of Law, Exhibits, Declarations, and Certifications filed herewith.[1]

Dated:  November 20, 2023　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stuart T. Rossman (BBO #430640)
　　　　　　　　　　　　　　　　　　　　　　　　Stuart T. Rossman (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Alpha Taylor (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　National Consumer Law Center
　　　　　　　　　　　　　　　　　　　　　　　　7 Winthrop Square, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　　(617) 542-8010 tel.
　　　　　　　　　　　　　　　　　　　　　　　　(617) 542-8028 fax
　　　　　　　　　　　　　　　　　　　　　　　　srossman@nclc.org
　　　　　　　　　　　　　　　　　　　　　　　　ataylor@nclc.org

　　　　　　　　　　　　　　　　　　　　　　　　Cary L. Flitter
　　　　　　　　　　　　　　　　　　　　　　　　Jody T. López-Jacobs
　　　　　　　　　　　　　　　　　　　　　　　　Flitter Milz, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　　　　　(610) 822-0782 tel
　　　　　　　　　　　　　　　　　　　　　　　　(610) 667-0552 fax
　　　　　　　　　　　　　　　　　　　　　　　　cflitter@consumerslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jlopez-jacobs@consumerslaw.com

　　　　　　　　　　　　　　　　　　　　　　　　Benjamin D. Elga
　　　　　　　　　　　　　　　　　　　　　　　　JUSTICE CATALYST LAW, INC.
　　　　　　　　　　　　　　　　　　　　　　　　40 Rector Street, Floor 9
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　　　　　Main: 518-732-6703
　　　　　　　　　　　　　　　　　　　　　　　　belga@justicecatalyst.org

　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff and the Class

---

[1] With her Motion for Final Approval of Class Action Settlement, Plaintiff will provide a proposed Order of Final Approval addressing the relief sought in this Motion.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date: 11/20/2023

*/s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(P) (610) 668-0011
(F) (610) 667-0552
Email: jlopez-jacobs@consumerslaw.com

**Attorney for Plaintiff and the Class**