IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMARIA BODOR, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO.  5:19-cv-05787 (JMG) |

**PLAINTIFF'S MOTION FOR APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT (UNOPPOSED)**

　　Plaintiff Jaimaria Bodor files the instant Motion for Final Approval of Class Action Settlement. As set forth more fully below, the settlement is "fair, reasonable, and adequate" within the meaning of Fed. R. Civ. P. 23(e)(2) and should be approved. In support, Plaintiff incorporates by reference her Memorandum of Law and exhibits filed herewith. A proposed form of order is attached as Exhibit B to the Settlement Agreement (Ex. 1).

DATED:  January 3, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Stuart T. Rossman* (BBO #430640)
　　　　　　　　　　　　　　　　　　　　　Stuart T. Rossman (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　Alpha Taylor (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　National Consumer Law Center
　　　　　　　　　　　　　　　　　　　　　7 Winthrop Square, 4th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　(617) 542-8010 tel.
　　　　　　　　　　　　　　　　　　　　　(617) 542-8028 fax
　　　　　　　　　　　　　　　　　　　　　srossman@nclc.org
　　　　　　　　　　　　　　　　　　　　　ataylor@nclc.org

　　　　　　　　　　　　　　　　　　　　　Cary L. Flitter
　　　　　　　　　　　　　　　　　　　　　Jody Lopez-Jacobs
　　　　　　　　　　　　　　　　　　　　　Flitter Milz, P.C.
　　　　　　　　　　　　　　　　　　　　　450 N. Narberth Avenue
　　　　　　　　　　　　　　　　　　　　　Narberth, PA 19072
　　　　　　　　　　　　　　　　　　　　　(610) 822-0782 tel

(610) 667-0552 fax
cflitter@consumerslaw.com
jlopez-jacobs@consumerslaw.com

Benjamin D. Elga
JUSTICE CATALYST LAW, INC.
40 Rector Street, Floor 9
New York, NY 10006
Main: 518-732-6703
belga@justicecatalyst.org

**Counsel for Plaintiff and the Class**

## **CERTIFICATE OF SERVICE**

I, Jody T. Lopez-Jacobs, do hereby certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date: 1/3/2024

*/s/ Jody T. López-Jacobs*
JODY T. LÓPEZ-JACOBS
**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(P) (610) 668-0011
(F) (610) 667-0552
Email: jlopez-jacobs@consumerslaw.com

**Counsel for Plaintiff and the Class**